UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-22841-GRAHAM/GOODMAN

INTREPID INSURANCE CO.,

    Plaintiff/Counter-Plaintiff,

vs.

THE COLLECTION, LLC,

    Defendant/Counter-Defendant.

_____/

## ANSWER OF DEFENDANT THE COLLECTION[1]

Defendant/Counter-Plaintiff, The Collection LLC, ("The Collection") by its undersigned counsel, hereby files its answer to the Complaint of Defendant/Counter-Plaintiff Intrepid Insurance Co. (the "Insurer") under Rule 12(a). All allegations not expressly admitted herein are denied; and, it is further denied that the Insurer is entitled to any relief. The Collection further demands its attorneys' fees in this action pursuant to Fla. Stat. § 627.428 and other applicable law.

### ANSWER

1.    This paragraph states a legal conclusion and thus no response is required.

2.    Admitted only that defendant is an insurer, denied for lack of knowledge as to the remainder.

3.    Admitted.

4.    This paragraph states a legal conclusion and thus no response is required.

---

[1] The Collection has moved to dismiss the Complaint and this Answer is filed should the Court deny dismissal, in order to expedite proceedings.

5. Admitted.

6. Denied.

7. Admitted.

8. Admitted subject to verification of complete policy terms.

9. Admitted.

10. Admitted.

11. Admitted only that substantial business had occurred between Defendant and Newcomb prior to the fraud at issue herein.

12. Admitted that Newcomb had a banking relationship with Valley Bank as documented by its written terms; otherwise denied.

13. Denied except admitted only that a civil action was filed by Valley Bank against Newcomb the allegations of which speak for themselves.

14. Denied, except admitted only that by deception and fraudulent pretenses Newcomb obtained vehicles from Defendant.

15. Denied except admitted only that the security agreement of Valley Bank created certain legal rights according to its terms.

16. Without knowledge except admitted only that a civil action was filed by Valley Bank against Newcomb the allegations of which speak for themselves.

17. Denied except admitted only that Defendant made efforts to recover its property and the value thereof following the fraud by Newcomb, and in fact did mitigate its loss substantially, at substantial cost which is part of its claim against Insurer in this action. .

18. Without knowledge except admitted only that a civil action was filed by Valley Bank against Newcomb the allegations of which speak for themselves.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

19. Denied except admitted only that a civil action was filed, one order of which is attached to the Complaint, the allegations, pleadings and orders in which speak for themselves.

20. Denied except admitted only that no UCC-1 was filed by Defendant in relation to its sales to Newcomb; the relevance of this fact is nil because Defendant was the victim of a fraud and deception under the Insurer's policy.

21. Denied except admitted only that Plaintiff claims a loss on its policy from Insurer of substantially more than $158,000 plus attorney's fees and costs.

22. Denied except admitted only that the parties have different positions as to the applicability of the policy of insurance provided by Insurer.

23. Denied except admitted only that that the parties have different position; however, the proper procedural posture for this action is The Collection's breach of contract counterclaim..

24. Denied except admitted only that Deception is a covered loss under the policy. .

25. Denied except admitted only that the quotation is a partial selection from the policy, which provides that the Insurer agreed to pay for losses to The Collection due to theft, fraudulent scheme, or taking by false pretenses or other criminal conduct.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied except admitted only that the policy applies to Defendant's vehicles.

31. Denied.

32. Denied. The vehicles were covered by the policy at the time of the fraud by Newcomb.

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

## DEFENSES

33. The Complaint fails to state a claim as to which relief may be granted.

34. Insurer has acted in bad faith in the handling of this matter.

35. Insurer is estopped from raising any other defensive matter, including the issue of "covered" cars, by its failure to raise it over a period of years, including in its communication denying coverage solely based on the foreclosure exclusion.

36. Insurer has waived any other defensive matter, including the issue of "covered" cars, by its failure to raise it over a period of years, including in its communication denying coverage solely based on the foreclosure exclusion.

37. Insurer has interpreted its policy against the insured and against its plain language in an attempt to maintain a death grip on Plaintiff's premium dollars while failing to pay a just claim.

38. Insurer has waived any right to deny coverage or to raise any pertinent exclusion.

39. Insurer is estopped from denial of coverage and raising any pertinent exclusion.

40. Among other reasons, Insurer initially stated to The Collection and its representatives that it would pay the claim upon a criminal conviction of Newcomb. (No criminal conviction was required by the policy.) Based on this position, The Collection refrained from taking earlier action against the Insurer. Following the criminal conviction for fraud and the restitution order in favor the Collection, the Insurer changed tack and said that what it really needed was a police report. When a police report was obtained by The Collection, the Insurer again changed its position and came up with yet another excuse not to pay.

## DEMAND FOR JURY TRIAL

The Collection demands a jury trial of all issues so triable.

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Case No. 13-CV-22841

WHEREFORE, The Collection seeks a dismissal of this action, with rejection of all relief requested by Insurer, with judgment in The Collection's favor on its counterclaim, together with The Collection's attorneys' fees and costs under applicable law including without limitation Fla. Stat. § 627.428.

        Respectfully submitted,

        COFFEY BURLINGTON, P.L.
        2699 South Bayshore Drive, Penthouse
        Miami, Florida  33133
        yvb@coffeyburlington.com
        service@coffeyburlington.com
        Tel:  305-858-2900
        Fax:  305-858-5261

By:    /s/   Paul J. Schwiep
        Paul J. Schwiep, Fla. Bar No. 823244
        Jeffrey B. Crockett FBN 347401
        pschwiep@coffeyburlington.com
        jcrockett@coffeyburlington.com
        service@coffeyburlington.com

        *AND*

        Evan R. Marks, Esq.
        emarks@marksandwest.com
        MARKS & WEST, P.A.
        100 Southeast 2nd Street, Suite 2700
        Miami, Florida 33131
        Telephone:  (305) 374-0210
        Facsimile:   (305) 374-4089

        *Counsel for The Collection, LLC*

COFFEY BURLINGTON
OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Case No. 13-CV-22841

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic notice by the CM/ECF system, this 13th day of September 2013, on all counsel or parties of record on the Service List below.

/s/   Paul J. Schwiep

## SERVICE LIST

Michael B. Buckley, Esq.
MBuckley@BuckleyLawGroup.com
Buckley Law Group, P.A.
150 Second Avenue N, Suite 1200
St. Petersburg, Florida 33701
Telephone: (727) 822-4800
Facsimile: (727) 490-3101

*Counsel for Insurer*

Thomas Gary Gorday, Esq.
GGorday@BuckleyLawGroup.com
Buckley Law Group, P.A.
15476 Northwest 77th Court, Suite 183
Miami Lakes, Florida 33016
Telephone: (305) 822-8481
Facsimile: (305) 822-8481

*Counsel for Insurer*

6

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com