UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-CV-22841-GRAHAM/SIMONTON

THE COLLECTION, LLC,

    Plaintiff,

vs.

INTREPID INSURANCE CO.,

    Defendant.
_____/

## PLAINTIFF'S PROPOSED VERDICT FORM

Plaintiff The Collection, LLC ("The Collection"), by and through its counsel, hereby submits its proposed verdict form for the trial of this matter.

    Respectfully submitted,

    COFFEY BURLINGTON, P.L.
    2601 South Bayshore Drive, Penthouse
    Miami, Florida 33133
    Tel: 305-858-2900
    Fax: 305-858-5261


    By: s/ Paul J. Schwiep
    Paul J. Schwiep, Florida Bar No. 823244
    **Primary:** pschwiep@coffeyburlington.com
    **Secondary:** yvb@coffeyburlington.com
    **Tertiary:** service@coffeyburlington.com

    *AND*

>Evan R. Marks, Esq.
>MARKS & WEST, P.A.
>100 Southeast 2nd Street, Suite 2700
>Miami, Florida 33131
>Telephone:  (305) 374-0210
>Facsimile:   (305) 374-4089
>**Primary:**     emarks@marksandwest.com
>**Secondary:**  mvalladares@marksandwest.com
>
>*Counsel for The Collection, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic notice by the CM/ECF system, this 25th day of August, 2014, on all counsel or parties of record on the Service List below.

s/   Paul J. Schwiep

## SERVICE LIST

| **Michael B. Buckley, Esq.**<br>MBuckley@BuckleyLawGroup.com<br>BUCKLEY LAW GROUP, P.A.<br>150 Second Avenue N, Suite 1200<br>St. Petersburg, Florida 33701<br>Telephone: (727) 822-4800<br>Facsimile:  (727) 490-3101<br><br>*Counsel for Defendant* | **Thomas Gary Gorday, Esq.**<br>GGorday@BuckleyLawGroup.com<br>MGorday@BuckleyLawGroup.com<br>BUCKLEY LAW GROUP, P.A.<br>15476 Northwest 77th Court, Suite 183<br>Miami Lakes, Florida 33016<br>Telephone: (305) 822-8480<br>Facsimile:  (305) 822-8481<br><br>*Counsel for Defendant* |

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261

## **PROPOSED VERDICT FORM**

      1.      Do you find that The Collection has proved its claim that Intrepid Insurance breached the insurance policy to The Collection?

      <u>Answer:</u>      Yes\_\_\_\_\_      No\_\_\_\_\_

> *If you answered "Yes," please continue to Question No. 2. If you answered "No" to Question No. 1, do not answer Question No. 2, and sign and date your verdict form.*

      2.      If you answered yes to question 1, what is the amount that The Collection should be awarded damages?

      <u>Answer:</u>      Yes\_\_\_\_\_      No\_\_\_\_\_

      $ _____

SO SAY WE ALL.

Dated: _____, 2014.

                                                     _____
                                                     Foreperson

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900  F. 305·858·5261