**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Miami Division

THE COLLECTION, LLC,

    Plaintiff,

CASE NO. 13-CV-22841-GRAHAM

vs.

INTREPID INSURANCE CO.,

    Defendant.

_____/

**DEFENDANT'S PROPOSED VERDICT FORM**

Defendant, Intrepid Insurance Co., by and through its counsel, hereby submits its proposed verdict form for the trial of this matter.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was sent via e-mails on this 26th day of August, 2014, to: Coffey Burlington, P.L. at pschwiep@coffeyburlington.com; yvb@coffeyburlington.com; service@coffeeburlington.com.

    Respectfully submitted,

    */s/ Gary Gorday*
    _____

    GARY GORDAY, ESQ.
    FBN: 293415
    MICHAEL B. BUCKLEY, ESQ.
    FBN: 365734
    BUCKLEY LAW GROUP, P.A.
    15476 NW 77TH Court, #183
    Miami, FL 33016
    T:    305-822-8280
    F:    305-822-8481

|  |  |
|---|---|
| Primary: | mbuckley@buckleylawgroup.com |
|  | ggorday@buckleylawgroup.com |
| Secondary: | hdalmanieras@buckleylawgroup.com |
|  | mgorday@buckleylawgroup.com |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Miami Division

THE COLLECTION, LLC,

      CASE NO. 13-CV-22841-GRAHAM

    Plaintiff,

vs.

INTREPID INSURANCE CO.,

    Defendant.

_____/

**DEFENDANT'S PROPOSED VERDICT FORM**

1.    Do you find that the damages claimed by the Collection, LLC., are covered under the Intrepid Insurance Company Policy of Insurance?

   ___YES   ____ NO

So say we all on the _____ day of _____, 2014:


_____
Foreperson