UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 13-22841-CIV-GRAHAM/SIMONTON

THE COLLECTION, LLC,

    Plaintiff,

vs.

INTREPID INSURANCE CO.,

    Defendant.
_____/

### VERDICT FORM

WE, THE JURY, return the following verdict:

1. Do you find by a preponderance of the evidence that THE COLLECTION has proved its claim that INTREPID INSURANCE COMPANY breached the insurance policy to The Collection?

    YES ✓    NO ____

If your answer to Question #1 is "NO", your verdict is for Defendant, INTREPID INSURANCE COMPANY. Skip Question #2 and proceed to sign and date the verdict form. However, if your answer to question 1 is "YES", please answer Question #2.

2A. If you answered "YES" to question 1, what is the amount that THE COLLECTION should be awarded in damages for breach of the insurance policy (checks)?

    $ 137,500.00

2B. What is the amount, if any, should THE COLLECTION collect for mitigation of damages (litigation expenses)?

$ 112,500.00

SO SAY WE ALL this 23 day of October, 2014.

_____
Foreperson (sign)

_____
Foreperson (please print)

2