**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
CASE NO. 13-CV-22841-GRAHAM/SIMONTON

THE COLLECTION, LLC,
        Plaintiff,


vs.


INTREPID INSURANCE COMPANY,
        Defendant.
_____/


### FINAL JUDGEMENT

Pursuant to Rules 54 and 58 and the jury verdict returned on October 23, 2014, **FINAL JUDGMENT** is hereby entered in favor of Plaintiff, The Collection, LLC and against Intrepid Insurance Company.  It is further

**ORDERED AND ADJUGED** that Plaintiff, The Collection, LLC shall recover the total amount of two-hundred and ninety-one thousand, eight-hundred and twenty-one dollars and twenty cents ($291,821.20), which amount includes: (1) one hundred thirty-seven thousand, five hundred dollars ($137,500.00) in damages for breach of the insurance policy; (2) one hundred and twelve thousand, five hundred dollars ($112,500.00) for mitigation of damages; and (3) forty-one thousand, eight-hundred and twenty-one dollars and twenty cents ($41,821.20) in total prejudgment interest (calculated at the statutory rate from

1

November 5, 2009 through October 28, 2014 against $158,763.61, which is the amount of Plaintiff's automobile loss notice (Pl.'s Ex. 7)), to bear interest at the post-judgment interest rate under 28 U.S.C. § 1961, for which sum let execution issue. It is further

**ORDERED AND ADJUGED** that this Court reserves jurisdiction to determine entitlement, if any, to attorney's fees and/or costs, and if entitlement is found, to tax attorney's fees and/or costs. It is further

**ORDERED AND ADJUGED** that this case is **CLOSED for administrative purposes** and all other pending motions are **DENIED as MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2014.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE


cc:  U.S. Magistrate Judge Simonton
     Counsel of Record